| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
TRP Brands LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
88-1429963

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1000-46 N. Rohlwing Rd.<br>Lombard, IL 60148 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DuPage | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| Debtor | **TRP Brands LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4491__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **TRP Brands LLC**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **The RoomPlace Furniture and Mattress LLP** |
| District | **Northern District of Illinois** |
| Relationship | **Affiliate** |
| When | |
| Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **TRP Brands LLC** _____ Case number (*if known*)_____
      Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **TRP Brands LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 2, 2024**
MM / DD / YYYY

X **/s/ Valerie Berman-Knight**         **Valerie Berman-Knight**
Signature of authorized representative of debtor         Printed name

Title **President**

**18. Signature of attorney**

X **/s/ E. Philip Groben**         Date **February 2, 2024**
Signature of attorney for debtor         MM / DD / YYYY

**E. Philip Groben 6299914**
Printed name

**Gensburg Calandriello & Kanter, P.C.**
Firm name

**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone **(312) 263-2200**    Email address

**6299914 IL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TRP Brands LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bedgear, LLC<br>200 Sea Lane<br>Farmingdale, NY 11735 | | | | | | $1,247,420.00 |
| Blue Cross Blue Shield of IL<br>25550 Network Pl<br>Chicago, IL 60673-1255 | | | | | | $4,205,433.00 |
| Deliveright Logistics, Inc.<br>20 Pulaski St<br>Bayonne, NJ 07002 | | | | | | $2,298,614.00 |
| EJ LAUREN, LLC<br>2690 PELLISSIER PL<br>CITY OF INDUSTRY, CA 90601 | | | | | | $1,666,383.00 |
| EJ Lauren, LLC<br>201 W Everman Parkway<br>Fort Worth, TX 76134 | | | | | | $1,057,870.00 |
| Elements International Group<br>2020 Industrial Blvd<br>Rockwall, TX 75087 | | | | | | $3,303,521.00 |
| Flores Design Fine Furniture<br>4618 Pacific Blvd<br>Vernon, CA 90058 | | | Disputed | | | $4,888,114.00 |
| Freight Club LLC<br>1209 Orange St<br>Wilmington, DE 19801 | | | | | | $1,366,443.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **TRP Brands LLC**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Google LLC<br>Dept 33654<br>San Francisco, CA 94139 | | | | | | $4,657,215.00 |
| Jason Furniture Ltd d/b/a Kuka<br>113-11th St<br>Hangzhou Zhejiang Cnzhe | | | | | | $3,988,335.00 |
| Launch Interactive, LLC<br>195 Arizona Ave NE<br>Atlanta, GA 30307 | | | | | | $730,000.00 |
| LS Direct Marketing<br>4 Suffern Place<br>Suffern, NY 10901 | | | | | | $936,723.00 |
| Manor House Inc.<br>9830 W 190th St Suite A<br>Mokena, IL 60448 | | | | | | $1,063,857.00 |
| Meta Platforms, Inc.<br>Attn: Accounts Receivable<br>Chicago, IL 60693 | | | Disputed | | | $2,112,742.00 |
| Tempur-Pedic<br>1713 Jaggie Fox Way<br>Lexington, KY 40511 | | | | | | $1,524,732.00 |
| The Sussman Agency<br>29200 Northwestern Highway<br>Southfield, MI 48034 | | | | | | $9,036,232.00 |
| Ther-a-Pedic Midwest, Inc.<br>2350 5th St<br>Rock Island, IL 61201 | | | | | | $2,848,819.00 |
| Top-Line<br>1455 West Thorndale Ave<br>Itasca, IL 60106 | | | | | | $1,084,441.00 |
| Vertex<br>25528 Network Pl<br>Chicago, IL 60673 | | | | | | $7,373,572.00 |
| Windstream<br>P. O. Box 9001013<br>Louisville, KY 40290-1013 | | | | | | $869,574.00 |

7300 Fulton Avenue LLC
c/o The Altaemus Company
1537 Pontius Ave.
Los Angeles, CA 90025


ADP, Inc.
PO Box 830272
Philadelphia, PA 19182


American Global Logistics
309 E Paces Ferry Rd
Atlanta, GA 30305


Apricot Furnishings Co. Ltd.
East Weiming Village
Foho Industrial Zo
Suzhou City 215211, IL


Art Furniture
1165 Auto Center Drive
Ontario, CA 91761


Attentive Mobile, Inc.
PO Box 200659
Pittsburgh, PA 15251


B. Riley Advisory &
Valuation Services, LLC
Los Angeles, CA 90084


Bedgear, LLC
200 Sea Lane
Farmingdale, NY 11735


Blue Cross Blue Shield of IL
25550 Network Pl
Chicago, IL 60673-1255


Blue Cross Blue Shield of IL
Ancillary Billing Department
Chicago, IL 60678


CA Certificate Service
182 Howard Street, Box 333
San Francisco, CA 94105

California Choice Benefit
Attn: Accounts Receivable
Orange, CA 92863-7088

CDW Direct LLC
PO Box 75723
Chicago, IL 60675

Centerpoint
2101 Arthur Ave, Suite B
Elk Grove Village, IL 60007

Chatmeter Inc.
PO Box 675307
Detroit, MI 48267

City of Los Angeles
Office of Finance
Los Angeles, CA 90030-0716

Classic Concepts, Inc.
4505 Bandini Blvd
Los Angeles, CA 90058

Cloudnola
5119 Hawthorne Drive
West Des Moines, IA 50265

Coleman Lew Canny Bowen
6101 Carnegie Blvd
Charlotte, NC 28209

Comcast Business
PO Box 8587
Philadelphia, PA 19101-8587

COOHOM Inc.
3120 Scott Blvd.
Santa Clara, CA 95054

Cyber Source Corporation
PO Box 742842
Los Angeles, CA 90074-2842

```
DA International
16526 106th Court
Orland Park, IL 60462


Davis Direct
229 West Main St
West Point, MS 39773


Dekaf Digital LLC
225 N New Jersey St
Indianapolis, IN 46204


Deliveright Logistics, Inc.
20 Pulaski St
Bayonne, NJ 07002


Delta Furniture Manufacturing
1310 Hwy 9 South
Pontotoc, MS 38863


Deny Designs
3890 S Windermere St
Englewood, CO 80110


Deplabs, Inc.
2121 N California Blvd
Walnut Creek, CA 94596


Diamond Mattress
3112 E las Hermanas St
Compton, CA 90221


DMI Partners, Inc.
PO Box 824622
Philadelphia, PA 19182


Ecutopia
PO Box 913314
Denver, CO 80291-3314


EJ LAUREN, LLC
2690 PELLISSIER PL
CITY OF INDUSTRY, CA 90601
```

```
EJ Lauren, LLC
201 W Everman Parkway
Fort Worth, TX 76134


Elements International Group
2020 Industrial Blvd
Rockwall, TX 75087


ERA Nouveau USA
2110 Artesia Blvd #332
Redondo Beach, CA 90278


Eurostyle
13611 Jurupa Ave
Fontana, CA 92337


Exclusive Concepts
One Wall Street
Burlington, MA 01803


Fedex
P. O. Box 94515
Palatine, IL 60094-4515


Fedex
PO Box 7221
Pasadena, CA 91109


Fedex
PO Box 10306
Palatine, IL 60055


FGMK, LLC
2801 Lakeside Drive
Bannockburn, IL 60015


Floor Found, Inc.
3600 N Capital of Texas
Austin, TX 78746


Flores Design Fine Furniture
4618 Pacific Blvd
Vernon, CA 90058
```

Freight Club LLC
1209 Orange St
Wilmington, DE 19801


Frontapp, Inc.
525 Brannan St, Ste 300
San Francisco, CA 94107


Furniture Solutions Network
c/o PNC Bank
Atlanta, GA 30374


Global Home
301 McCullough Drive - Suite 400
Charlotte, NC 28262


Google LLC
Dept 33654
San Francisco, CA 94139


Greensfelder, Hemker & Gale, PC
Attn:  Accounting Department
Saint Louis, MO 63102-1747


Haining Nicelink Home Furnishings
NO 1158 Xiuchuan Rd
Haining City Zhejiang Cnzhe, IL


Howard Elliot Collection
200-A S. Mitchell Ct
Addison, IL 60101


I Love Pillow
4936 Technical Drive
Milford, MI 48381


ICANVAS
8280 Austin Ave
Morton Grove, IL 60053


Jaime Lopez
35401 Sky Vista Road
Acton, CA 93510

Jason Furniture Ltd d/b/a Kuka
113-11th St
Hangzhou Zhejiang Cnzhe

JB Advisory LLC
2197 NW 59th St
Boca Raton, FL 33496

JB Hunt Transport
PO Box 847977
Dallas, TX 75284

JB Hunt Transport, Inc.
PO Box 98545
Chicago, IL 60693-8545

Jola Interactive LLC
19 Talcott Road
Port Chester, NY 10573

Jonathan Louis Int'l, Inc.
544 West 130th St
Gardena, CA 90248

Kelsey Putnam
5711 N Glenwood Ave, Apt 2
Chicago, IL 60660

Kevin Penczak Photography LLC
5929 W Grace St
Chicago, IL 60634

Klaviyo Inc.
125 Summer St, Floor 6
Boston, MA 02111

Knowbility Inc.
1033 La Posada Dr
Austin, TX 78752

Kount Inc.
PO Box 71221
Charlotte, NC 28272

Kreshmore Group
14216 McCarthy Road
Lemont, IL 60439


Kyle Schuneman Designs, LLC
523 S Plymouth Ct
Chicago, IL 60605


Launch Interactive, LLC
195 Arizona Ave NE
Atlanta, GA 30307


LH Imports
200-8085 North Fraser Way
Burnaby BC VSJ5MB


Lievo, Inc.
16331 Carmenita Road
Cerritos, CA 90703


Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693


Lite Source
2650 E Merrill Ave
Ontario, CA 91762


Los Angeles County
Tax Collector
Los Angeles, CA 90054


LS Direct Marketing
4 Suffern Place
Suffern, NY 10901


Magento, Inc.
PO Box 204105
Dallas, TX 75320-4105


Manor House Inc.
9830 W 190th St Suite A
Mokena, IL 60448

Mark Monitor, Inc.
PO Box 931478
Atlanta, GA 31193


Meta Platforms, Inc.
Attn: Accounts Receivable
Chicago, IL 60693


Metropolitan Wrehse & Del Corp
1050 Amboy Avenue - Unit A
Perth Amboy, NJ 08861


MMD Services, Inc.
211 W Wacker Dr
Chicago, IL 60606


Modway
329 Wyckoff Mills Rd
Hightstown, NJ 08520


Moe's Home Collection
18621 89th South
Kent, WA 98031


Mondo Furniture SRL
Via Vincenzo Monti, No 6
Milano, NR 20123


Mondus Furniture International
PO Box 8565
Pasadena, CA 91109


Mulberry Technology Inc.
201 Varick Street Front 1
New York, NY 10014


Myticas, LLC
3701 Algonquin Rd
Rolling Meadows, IL 60008


Netjets Aviation, Inc.
PO Box 933300
Atlanta, GA 31193

New Pacific Direct
7411 Central Avenue
Newark, CA 94560

Nice Link Home Furnishings
189 S Orange Ave
Orlando, FL 32801

OH Marketing Group, LLC
21445 Bella Terra Blvd
Estero, FL 33928

Outward, Inc.
1980 Zanker Rd #20
San Jose, CA 95112

Pacific Coast LTG
20250 Plummer St
Chatsworth, CA 91311

Pinterest Inc.
PO Box 74008066
Chicago, IL 60674

Pirrello Digital Imaging
7350 S Madison St
Yorba Linda, CA 92887

Proving Ground LLC
DBA Dragon Army
6595 Roswell Rd., Ste. G2013
Atlanta, GA 30328

Rackspace US, Inc.
PO Box 730759
Dallas, TX 75373-0759

Reliable Fusniture Services of
433 NE Baker Road
Stuart, FL 34994

Safavieh
40 Harbor Park Drive
Port Washington, NY 11050

```
Salsify, Inc.
PO Box 0610
Dallas, TX 75312


Savage Solutions, LLC
233 N Water St
Milwaukee, WI 53202


Saw Enterprises, Inc.
105 Lamlight Circle
Summerville, SC 29483


Saw Enterprises, Inc.
105 Lamplight Circle
Summerville, SC 29483


SHI International Corp
PO Box 952121
Dallas, TX 75395-2121


Shoptelligence Inc.
330 E Liberty Street
Ann Arbor, MI 48104


Sitation, LLC
6813 Piershill Lane
Cary, NC 27519


Stacklabs, LLC
5511 Mirage Street
Yorba Linda, CA 92887


Storis
400 Valley Road, Suite 302
Mount Arlington, NJ 07856


Sunday Sky, Inc.
Dept. CH 19883
Palatine, IL 60055


Surya
1 Surya Drive
White, GA 30184
```

Taft Stettinius & Hollister
111 East Wacker Drive
Chicago, IL 60601

Tempur-Pedic
1713 Jaggie Fox Way
Lexington, KY 40511

The Sussman Agency
29200 Northwestern Highway
Southfield, MI 48034

Ther-a-Pedic Midwest, Inc.
2350 5th St
Rock Island, IL 61201

Thompson Coburn LLP
PO Box 18379M
Saint Louis, MO 63195

Tidal Construction Services
1121 171st St
Hazel Crest, IL 60429

Top-Line
1455 West Thorndale Ave
Itasca, IL 60106

U. S. Customs and Border Protection
4349 Woodson Rd #201
Saint Louis, MO 63197

Uma Enterprises, Inc.
350 West Apra Street
Compton, CA 90220

United States Treasury
PO Box 9941
Ogden, UT 84409

Urban Mfg
1718 E 58th Place
Los Angeles, CA 90001

```
Vayner Commerce, LLC
10401 Jefferson Blvd
Culver City, CA 90232


Vertex
25528 Network Pl
Chicago, IL 60673


Viavision Group LLC
4393 Solaire Dr
Roseville, CA 95747


Vitec, Inc.
7111 W 151 St
Overland Park, KS 66223


Windstream
P. O. Box 9001013
Louisville, KY 40290-1013


Wunderkind Corporation
285 Fulton Street
New York, NY 10007


Zuo
80 Swan Way
Oakland, CA 94621


Zuo Modern
80 Swan Way
Oakland, CA 94621
```

# United States Bankruptcy Court
### Northern District of Illinois

In re **TRP Brands LLC**　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TRP Brands LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2024**　　　　　　　　　　**/s/ E. Philip Groben**
Date　　　　　　　　　　　　　　　　　　**E. Philip Groben 6299914**
　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　Counsel for **TRP Brands LLC**
　　　　　　　　　　　　　　　　　　　　**Gensburg Calandriello & Kanter, P.C.**
　　　　　　　　　　　　　　　　　　　　**200 W. Adams St., Ste. 2425**
　　　　　　　　　　　　　　　　　　　　**Chicago, IL 60606**
　　　　　　　　　　　　　　　　　　　　**(312) 263-2200 Fax:(312) 263-2242**