## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TRP BRANDS LLC, et al.[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 24-01529<br>(Jointly Administered)<br><br>Hon. David. Cleary |

### NOTICE OF EFFECTIVE DATE

On June 11, 2025, the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "**Bankruptcy Court**") entered its *Order Confirming Amended Chapter 11 Plan of Reorganization of TRP Brands LLC and The RoomPlace Furniture and Mattress LLC* [Doc. No. 611] (the "**Confirmation Order**"), confirming the *Amended Chapter 11 Plan of Reorganization of TRP Brands LLC and The RoomPlace Furniture and Mattress LLC* dated May 21, 2025 [Doc. No. 584] and any amendments, modifications, exhibits, schedules and supplements thereto (collectively, the "**Plan**").[2] All of the conditions precedent to the Effective Date of the Plan have occurred or have been waived as of the date of this notice.

**PLEASE TAKE NOTICE** that the Effective Date of the Plan is **August 1, 2025**. For purposes of calculating all filing and other deadlines in the Plan and Confirmation Order determined by reference to the Effective Date, such time periods are deemed to have commenced on August 1, 2025.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article X of the Plan, the Bankruptcy Court shall continue to retain and have such jurisdiction over the above-captioned Chapter 11 bankruptcy case to the maximum extent provided in the Plan and as is legally permissible.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding upon the Debtors, the Reorganized Debtors, and any Holder of a Claim or Equity Interest and such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan, and regardless of whether such Holder voted to accept the Plan.

---

[1] This Chapter 11 case, filed on February 2, 2024, is being jointly administered with the pending Chapter 11 case filed on February 2, 2024, by The RoomPlace Furniture and Mattress LLC under Case No. 24-01530 pursuant to an order of this Court entered on February 7, 2024 [Docket No. 45], with the Case No. 24-01529 as the lead case.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to them in the Plan.

Dated: July 31, 2025

    Respectfully Submitted,

    TRP BRANDS LLC and THE ROOMPLACE FURNITURE AND MATTRESS LLC, Debtors herein.

    By: /s/ Matthew T. Gensburg

        One of its Attorneys

Matthew T. Gensburg (ARDC # 6187247)
Email: mgensburg@gcklegal.com
E. Philip Groben (ARDC #6299914)
Email: pgroben@gcklegal.com
Gensburg, Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Phone: (312) 263-2200
Fax: (312) 263-2242