**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Ch. 11 |
| TRP Brands, LLC, | Case No. 24-01529 (Jointly Administered) |
| Debtors. | |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on April 15, 2026, at 9:00 a.m., undersigned counsel will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 **or** electronically as described below, and present *STORE SPE AVF II 2017-2, LLC's Motion to Join in Creditor Trustee's Motion to Enforce the Confirmed Plan and to Compel Plan Compliance* (the "Motion"), a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode**.  The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: April 7, 2026                               SPE AVF II 2017-2, LLC

                                                   By:   */s/ Alena Ivanov*
                                                         Michael S. Myers
                                                         BALLARD SPAHR LLP
                                                         1 E. Washington Street, Suite 2300
                                                         Phoenix, AZ  85004
                                                         Telephone: 602-798-5446
                                                         Email:  myersm@ballardspahr.com

                                                         Alena Ivanov
                                                         BALLARD SPAHR LLP
                                                         1301 2nd Ave, Suite 2800
                                                         Seattle, WA 98101-3808
                                                         Telephone: 206-223-7952
                                                         Email: ivanova@ballardspahr.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Ch. 11 |
| TRP Brands, LLC, | Case No. 24-01529 (Jointly Administered) |
| Debtors. | |

**MOTION OF STORE SPE AVF II 2017-2, LLC TO JOIN IN CREDITOR TRUSTEE'S
MOTION TO ENFORCE THE CONFIRMED PLAN AND TO COMPEL THE
REORGANIZED DEBTORS' COMPLIANCE THEREWITH**

STORE SPE AVF II 2017-2, LLC ("STORE"), by counsel and pursuant to 11 U.S.C. §§ 1129(a)(9) and 1142(b), submits its motion for authority to join in the *Creditor Trustee Matthew Brash's Motion to Enforce the Confirmed Plan and to Compel the Reorganized Debtors' Compliance Therewith* (the "Motion to Enforce") [ECF No. 1009], and states as follows:

1.      Prepetition, STORE and The RoomPlace Furniture and Mattress, LLC (the "Debtors") were parties to a written lease pursuant to which the Debtors leased nonresidential real property. *See* ECF No. 664 (STORE's Administrative Claim Request). After the commencement of this case, STORE filed an application for allowance of administrative expenses. *Id.* This application was granted in part as to Stub Rent, and continued in part as to Property Taxes. *See* ECF Nos. 806 (Pre-Trial Order), 807 (Memorandum Opinion), 812 (Order Granting Stub Rent Request). As a result, STORE has an allowed administrative expense for the rent and additional obligations for the period of February 2024 in the amount of $45,040.94. ECF No. 812. The Debtors have not paid STORE.

2.      The Creditor Trustee raises a single issue in the Motion: the payment of allowed administrative claims and the Debtors' compliance with that "core Plan obligation that remains unsatisfied and requires this Court's enforcement under 11 U.S.C. § 1142(b)." Motion to Enforce at ¶ 5. As explained in the Motion to Enforce, 11 U.S.C. § 1129(a)(9) requires that "allowed administrative expenses, including professional fees, must be paid in full in cash unless the holder

agrees otherwise." *Id*., at ¶ 12.  STORE has not agreed to different treatment and for the reasons set forth therein STORE joins in the Motion.

3. STORE departs from the Creditor Trustee, however, in his limited request for relief. In the Motion to Enforce, the Creditor Trustee seeks to compel only the payment of professional fees.  Nothing in the Bankruptcy Code provides for the preferred treatment of professional fees over other administrative expenses and 11 U.S.C. § 1129(a)(9)(A) requires payment in full of "a claim of a kind specified in section 507(a)(2)."  Section 507(a)(2) of the Bankruptcy Code covers "administrative expenses allowed under section 503(b) of this title," which includes both professional fees and other administrative expenses, such as the allowed administrative expense of STORE.

4. Because there is no basis to prefer the payment of professional fees over other allowed administrative expenses, if the Court grants the Motion the relief should extend to all allowed administrative expenses, including the allowed administrative expenses of STORE.

WHEREFORE, STORE seeks entry of an Order (a) authorizing it to join in the Creditor Trustee's Motion, (b) requiring the Debtor to pay all allowed administrative expenses, including the allowed administrative expenses of STORE, and (c) providing all other appropriate relief.

Dated: April 7, 2026                                    SPE AVF II 2017-2, LLC

                                                        By: */s/ Alena Ivanov*
                                                            Michael S. Myers
                                                            BALLARD SPAHR LLP
                                                            1 E. Washington Street, Suite 2300
                                                            Phoenix, AZ  85004
                                                            Telephone: 602-798-5446
                                                            Email:  myersm@ballardspahr.com

                                                            Alena Ivanov
                                                            BALLARD SPAHR LLP
                                                            1301 2nd Ave, Suite 2800
                                                            Seattle, WA 98101-3808
                                                            Telephone: 206-223-7952
                                                            Email: ivanova@ballardspahr.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TRP Brands, LLC,<br><br>            Debtors. | Ch. 11<br><br>Case No. 24-01529<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 7th, 2026, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system and/or electronic mail on the following parties:

/s/ *Alena Ivanov*
Alena Ivanov

**Service List**

Via ECF
Amy A Aronson on behalf of Creditor AMEX TRS CO., INC.
amyaronson@comcast.net, amyaronson@comcast.net

Debra Devassy Babu on behalf of Creditor WELLS FARGO BANK, N.A.
ddevassy@darcydevassy.com, aalvarez@darcydevassy.com

William J. Barrett on behalf of Creditor National Shopping Plazas, Inc.
william.barrett@bfkn.com, mark.mackowiak@bfkn.com;ecf-6ec602372536@ecf.pacerpro.com;
william-barrett-bfkn-3622@ecf.pacerpro.com

Adam Brief
Ustpregion11.es.ecf@usdoj.gov

Ronald D. P. Bruckmann on behalf of Creditor FD Home Corp
rbruckmann@shumaker.com

Scott R Clar on behalf of Creditor BBP Entities
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com;abell-powell@cranesimon.com

Jillian S Cole on behalf of Debtor 1 TRP Brands LLC

jcole@taftlaw.com, wserritella@taftlaw.com, chi_docket_assist@taftlaw.com,
lsterling@taftlaw.com

Shelly A. DeRousse on behalf of Creditor James Campbell Company LLC
sderousse@sgrlaw.com, bkdocketing@sgrlaw.com

Leo L Esses on behalf of Interested Party Planned Furniture Promotions, Inc.
leo@esseslaw.com

Micah J Fishman on behalf of Defendant Guardian Protection Products, Inc.
micah.fishman@thompsonhine.com, sean.gordon@thompsonhine.com,
ecfdocket@thompsonhine.com

Patricia B Fugee on behalf of Creditor Committee Official Committee Of Unsecured Creditors
patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com

Matthew T. Gensburg on behalf of Debtor 1 TRP Brands LLC
MGensburg@gcklegal.com, aperez@gcklegal.com

Jennifer L Gordon on behalf of Creditor Greenwood Place Commons, LP
jgordon@woodphillips.com, lrouse@loriumlaw.com

Joshua D. Greene on behalf of Acting U.S. Trustee Adam Brief
joshua.d.greene@usdoj.gov

E. Philip Groben, III on behalf of Debtor 1 TRP Brands LLC
pgroben@gcklegal.com, rlane@gcklegal.com

Timothy M. Howe on behalf of Creditor R.I.M. Logistics
tim@chicagolaw.biz

Elizabeth L Janczak on behalf of Creditor Korpack Inc.
ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Wojciech F Jung on behalf of Defendant Avalon Furniture, Inc.
Wojciech.Jung@wbd-us.com, kim.cone@wbd-us.com;cindy.giobbe@wbd-us.com

Cari A Kauffman on behalf of Creditor The Howard Elliott Collection, Inc.
ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com

Scott B. Kitei on behalf of Interested Party Planned Furniture Promotions, Inc.
skitei@honigman.com, litdocket@honigman.com

David P Leibowitz, ESQ on behalf of Defendant D&R Family L.P.
dleibowitz@lodpl.com, ecf@lodpl.com;lawofficesofdavidpleibowitzllc@jubileebk.net

Daniel Thomas Lindquist on behalf of Debtor 1 TRP Brands LLC
dlindquist@gcklegal.com

John J Lynch on behalf of Petitioning Creditor MJP 1400 LLC
jlynch@lynch4law.com, r44065@notify.bestcase.com

Robert Lynch, III on behalf of Creditor Illinois Department of Revenue
robert.lynch2@illinois.gov, robert.lynch@ilag.gov

Monica Merino on behalf of Creditor Commonwealth Edison Company
monica.merino@comed.com

Matt Micheli on behalf of Creditor Furniture Asset Partners LLC
matthew.micheli@arnoldporter.com, matt-micheli-4587@ecf.pacerpro.com

Brendan J. Nelligan on behalf of Accountant FGMK LLC
bnelligan@pretzel-stouffer.com, mcarter@pretzel-stouffer.com

Nancy J. Newman on behalf of Creditor James Campbell Company LLC
nnewman@hansonbridgett.com

Lester A Ottenheimer, III on behalf of Defendant Park Pointe Plaza Associates LLC
lottenheimer@olawgroup.com, nfishkin@olawgroup.com

Jeffrey K. Paulsen on behalf of Creditor Proving Ground, LLC
jpaulsen@ph-firm.com, jpaulsen_418@ecf.courtdrive.com

Emily L Peel on behalf of Defendant Furniture Asset Partners LLC
epeel@thompsoncoburn.com, cvelazquez@thompsoncoburn.com,
docketchi@thompsoncoburn.com

Suhey Ramirez on behalf of U.S. Trustee Patrick S Layng
suhey.ramirez@usdoj.gov, Suhey.Ramirezesq@gmail.com

Mark D. Roth on behalf of Defendant Nicor Gas Co.
markdroth@gmail.com

Carolina Y. Sales on behalf of Creditor D&R Family Limited Partnership
csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com

Bradley A. Skafish on behalf of Creditor Kelvin Davis
brad@deutschmanlaw.com, baskafish@gmail.com

Julia Jensen Smolka on behalf of Creditor MMD Services, Inc.
jsmolka@robbinsdimonte.com, jtronina@robbinsdimonte.com;mrussell@robbinsdimonte.com

Charles S. Stahl, Jr. on behalf of Creditor Associated Material Handling Solutions, Inc.

cstahl@smbtrials.com

Christopher R Thompson on behalf of Creditor Bread Financial Holdings, Inc.
crthompson@burr.com, mgunnells@burr.com;mlucca-cruz@burr.com

David A. Warfield on behalf of Defendant Furniture Asset Partners LLC
dwarfield@thompsoncoburn.com

Matthew Michael Wawrzyn on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Matthew.Wawrzyn@fisherbroyles.com

Sean P. Williams on behalf of Creditor The Sussman Agency
swilliams@lplegal.com,
nbailey@lplegal.com;ikropiewnicka@lplegal.com;kpatton@lplegal.com;druiz@lplegal.com