**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24 B 1529 |
| | ) | |
| TRP BRANDS LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

**SCHEDULING ORDER**

Several matters are pending in this bankruptcy case that may be affected by the filing of

*In re TRP Brands LLC*, 26 B 6009 and *In re TheRoomPlace Furniture and Mattress LLC*, 26 B

6011.  Therefore, **IT IS ORDERED THAT**:

1.  On or before April 29, 2026, Matthew Brash, solely in his capacity as Trustee of the

    Creditor Trust for the TRP Brands LLC bankruptcy estates ("Trustee"), shall file a

    motion ("Jurisdiction Motion") addressing this issue and requesting appropriate relief

    from the court;

2.  The Trustee shall notice the Jurisdiction Motion for hearing on **June 10, 2026 at 9:30**

    **a.m**.;

3.  Any party in interest may file a response to the Jurisdiction Motion on or before May 20,

    2026;

4.  The Trustee shall file a reply in support of the Jurisdiction Motion on or before May 27,

    2026; and

5.  The court shall hold a status hearing on the Jurisdiction Motion on **June 10, 2026 at 9:30**

**a.m**.

ENTERED:

Date:   April 22, 2026

_____
DAVID D. CLEARY
United States Bankruptcy Judge