**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| TRP Brands, LLC, et al., | § | Case No. 24-01529 |
| Debtors. | § | Hon. David D. Cleary |
| | | (Jointly Administered) |

## CERTIFICATION OF NO TRANSCRIPT ORDERED

Pursuant to Federal Rule of Bankruptcy Procedure 8009(b)(1)(B), the undersigned certifies that the appellant, Matthew Brash, solely in his capacity as Trustee of the TRP Brands Creditor Trust (the "Creditor Trustee"), is not ordering a transcript in connection with the appeal from the Court's September 22, 2026 Order (Doc. 1112), to the extent it denied Part (I) of the Creditor Trustee's motion at Doc. 1043.

Dated: October 10, 2026

Respectfully submitted,

/s/ Matthew M. Wawrzyn

Matthew M. Wawrzyn (ARDC#6276135)
BUCHALTER LLP
180 N. LaSalle St., Suite 2300
Chicago, IL 60601
(312) 705-3908 (direct)
(773) 415-5288 (mobile)
mwawrzyn@buchalter.com

*Counsel for the Creditor Trustee*

## CERTIFICATE OF SERVICE

I, Matthew M. Wawrzyn, certify that on October 10, 2026, I filed the foregoing Certification of No Transcript Ordered through the Court's CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record for the parties to the appeal.

/s/ Matthew M. Wawrzyn

## SERVICE LIST — PARTIES TO THE APPEAL

**Matt Micheli, counsel for Furniture Asset Partners LLC**

matthew.micheli@arnoldporter.com; matt-micheli-4587@ecf.pacerpro.com; kenneth-anderson-5190@ecf.pacerpro.com

**Alena Ivanov, counsel for STORE SPE AVF II 2017-2, LLC**

ivanova@ballardspahr.com; wildera@ballardspahr.com; DocketClerk_seattle@ballardspahr.com

**Elizabeth Janczak, counsel for Korpack Inc.**

ejanczak@sgrlaw.com; bkdocketing@sgrlaw.com

**William J. Barrett, counsel for National Shopping Plazas, Inc.**

william.barrett@bfkn.com; mark.mackowiak@bfkn.com; ecf-6ec602372536@ecf.pacerpro.com; william-barrett-bfkn-3622@ecf.pacerpro.com

**Matthew T. Gensburg and E. Philip Groben, III, for Gensburg Calandriello & Kanter, P.C.**

MGensburg@gcklegal.com; aperez@gcklegal.com; pgroben@gcklegal.com; rlane@gcklegal.com