**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TRP Brands LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 24-01529<br>(Jointly Administered)<br><br>Hon. David D. Cleary |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that the Chapter 11 Post-Confirmation Report for the Quarter Ending 12/31/2025, filed with this Court on February 11, 2026, Docket No. 990, is hereby withdrawn.

Respectfully Submitted,

The RoomPlace Furniture and
Mattress LLC and TRP Brands LLC.
Debtors herein.

By: /s/ E. Philip Groben
One of its Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242

## **CERTIFICATE OF SERVICE**

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

E. Philip Groben, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice upon the parties listed on the attached Service List via CM/ECF, or as otherwise indicated, on October 14, 2026. /s/ E. Philip Groben

- United States Trustee for the Northern District of Illinois – Service via CM/ECF
- Matthew Brash, Creditor Trustee – Service via CM/ECF
- Matthew Wawrzyn – Service via CM/ECF