**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TRP Brands LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 24-01529<br>(Jointly Administered)<br><br>Hon. David D. Cleary |

**DESIGNATION OF ADDITIONAL RECORD ON APPEAL BY APPELLEE
GENSBURG CALANDRIELLO & KANTER, P.C.**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), Gensburg Calandriello & Kanter, P.C., Appellee, designates the following additional items to be included in the record on appeal taken by Matthew Brash in his capacity as Creditor Trustee, dated September 29, 2026.

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**

In addition to those items identified in the Creditor Trustee's Designation of Record on Appeal filed October 10, 2026, Gensburg Calandriello & Kanter, P.C., Appellee, identifies the following items to be included in the record on appeal:

- Docket No. 274 – Motion of Official Committee Of Unsecured Creditors to Bar or Limit Credit Bid Rights of Furniture Asset Partners LLC
- Docket No. 283 – Limited Objection of Debtor in Opposition to Motion to Bar or Limit Credit Bid Rights
- Docket No. 284 – Response of Furniture Asset Partners LLC to Motion to Bar or Limit Credit Bid Rights
- Docket No. 295 – Agreed Order Granting in Part Motion To Bar or Limit Credit Bid Rights
- Docket No. 388 – Motion of Furniture Asset Partners LLC to Approve Compromise or Settlement per Bankruptcy Rule 9019
- Docket No. 415 – Objection of United States Trustee to Motion to Approve Compromise per Bankruptcy Rule 9019

- Docket No. 420 – Reply of Official Committee Of Unsecured Creditors to Motion to Approve Compromise per Bankruptcy Rule 9019

- Docket No. 421 – Response of Furniture Asset Partners LLC to Motion to Approve Compromise per Bankruptcy Rule 9019

- Docket No. 422 – Reply of Debtor in Support to Motion to Approve Compromise per Bankruptcy Rule 9019

- Docket No. 437 – Order Granting Motion to Approve Compromise per Bankruptcy Rule 9019

- Docket No. 585 – Amended Joint Disclosure Statement

- Docket No. 1062 – Limited Objection of Korpack Inc. to Motion to Construe

- Docket No. 1063 – Partial Response of Gensburg Calandriello & Kanter, P.C. in Opposition to Motion to Construe Amended Joint Chapter 11 Plan and Confirmation Order

- Docket No. 1064 – Objection of Furniture Asset Partners LLC to Motion to Construe Amended Joint Chapter 11 Plan and Confirmation Order

- Docket No. 1065 – Response of Store SPE AVF II 2017-2, LLC to Motion to Construe Amended Joint Chapter 11 Plan and Confirmation Order

- Adversary Proceeding 24-ap-00153, Docket No. 1 – Complaint to Subordinate Claim or Interest

- Adversary Proceeding 24-ap-00153, Docket No. 23 –Stipulation to Dismiss Adversary Proceeding

Respectfully Submitted,

Gensburg Calandriello & Kanter, P.C.,
Appellee herein.

By: /s/ E. Philip Groben

Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Telephone: (312) 263-2200