**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRP Brands, LLC, *et al*., | ) | Case No. 24-1529 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hon. David D. Cleary |
| | ) | |

**KORPACK, INC.'S APPELLEE DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Korpack, Inc. ("Korpack"), by and through its undersigned counsel, hereby designates the following additional items to be included in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2):

| Docket No. | Date | Description of Items on Docket |
|---|---|---|
| 653 | 6/10/2025 | Amended Plan Supplement for the Amended Joint Chapter 11 Plan of Reorganization of TRP Brands and The Roomplace Furniture and Mattress, LLC |

Dated: October 21, 2026

**SMITH, GAMBRELL & RUSSELL LLP**

By: /s/ Elizabeth L. Janczak
One of Its Attorneys

Elizabeth L. Janczak
155 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
Email: ejanczak@sgrlaw.com

*Counsel for Korpack, Inc.*