# CERTIFICATE OF SERVICE

Bankruptcy Case Number: 24 B 01529
Case Name: TRP Brands LLC

I, Steven P. Beckerman, Courtroom Deputy to the Honorable David D. Cleary, do hereby certify that on the 26th day of October 2026, I caused to be served via the court's electronic notification system, or (**) via first class mail a true and correct copy of:

**Order Denying Request for Certification of Direct Appeal (EOD 1127)**
dated October 26, 2026
addressed to each of the following named individuals:

**David R Herzog** (**)
Law Offices of David R Herzog
53 W Jackson Blvd
Ste 1442
Chicago, IL 60604

**Monica C O'Brien** (**)
Gregory K. Stern, P.C.
53 West Jackson Boulevard, Suite 1442
Chicago, IL 60604

George Peter Angelich george.angelich@afslaw.com
Amy A Aronson amyaronson@comcast.net, amyaronson@comcast.net
Debra Devassy Babu ddevassy@darcydevassy.com, aalvarez@darcydevassy.com
William J. Barrett william.barrett@bfkn.com, mark.mackowiak@bfkn.com;ecf-6ec602372536@ecf.pacerpro.com;william-barrett-bfkn-3622@ecf.pacerpro.com
Jason J Ben jason.ben@tuckerellis.com, christine.cassidy@tuckerellis.com
Alexander F Berk alexander.berk@bfkn.com, james.tucker@bfkn.com;courtmail@bfkn.com
Brooke H. Blackwell bblackwell@vedderprice.com, ecfdocket@vedderprice.com
Scott Blakeley seb@blakeleylc.com
Adam G. Brief Ustpregion11.es.ecf@usdoj.gov
James Britton james.britton@afslaw.com
Ronald D. P. Bruckmann rbruckmann@shumaker.com
Krishnakala Busani krishnakala.busani@chugh.com
Scott R Clar sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com;abell-powell@cranesimon.com
Jillian S Cole jcole@taftlaw.com, wserritella@taftlaw.com,chi_docket_assist@taftlaw.com,lsterling@taftlaw.com
Mihaela Cristescu pleadings@pmllegal.com
Jeffrey C Dan jeffd@goldmclaw.com, katelynnet@goldmclaw.com;Dan.JeffreyC.B144241@notify.bestcase.com

Shelly A. DeRousse sderousse@sgrlaw.com, bkdocketing@sgrlaw.com
Michael Dimand mdimand@aol.com, bankruptcyfilings@wirbickilaw.com
Danny Duerdoth duerdothd@gtlaw.com,
danny--duerdoth-5998@ecf.pacerpro.com;Cindy.Malis@gtlaw.com
Donald Patrick Eckler patrick.eckler@fmglaw.com
Leo L Esses leo@esseslaw.com
Micah J Fishman mfishman@gouldratner.com,
sean.gordon@thompsonhine.com,ecfdocket@thompsonhine.com
Joseph D Frank jfrank@burkelaw.com, jkleinman@burkelaw.com;csucic@burkelaw.com
Patricia B Fugee patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
Thomas B Fullerton thomas.fullerton@akerman.com,
JOHANNA.WOMACK@AKERMAN.COM
Alan Garrow agarrow@nealisgarrow.com
Matthew T. Gensburg MGensburg@gcklegal.com, aperez@gcklegal.com
Charles David Goerisch dgoerisch@lewisrice.com, david-goerisch-3234@ecf.pacerpro.com
Jennifer L Gordon jgordon@woodphillips.com, lrouse@loriumlaw.com
Joshua D. Greene joshua.d.greene@usdoj.gov
E. Philip Groben pgroben@gcklegal.com, rlane@gcklegal.com
Timothy M. Howe tim@chicagolaw.biz
Joel M. Huotari jhuotari@wilmac.com, klafontaine@wilmac.com
Alena Ivanov ivanova@ballardspahr.com,
wildera@ballardspahr.com,DocketClerk_seattle@ballardspahr.com
Elizabeth L Janczak ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com
Vivek Jayaram vivek@jayaramlaw.com, brett@jayaramlaw.com
David Michael Johnson djohnson@kdlegal.com
Wojciech F Jung Wojciech.Jung@wbd-us.com,
kim.cone@wbd-us.com;cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com
Cari A Kauffman ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
Justin Kesselman justin.kesselman@afslaw.com, edocket@afslaw.com
Michael B Kind michael.kind@troutman.com,
autodocket@troutman.com;wlbank@troutman.com
Scott B. Kitei skitei@honigman.com, litdocket@honigman.com
Jeremy C Kleinman jkleinman@Burkelaw.com, csucic@Burkelaw.com
Kelly Kleist kelly.kleist@solidcounsel.com
David P Leibowitz dleibowitz@lodpl.com,
ecf@lodpl.com;lawofficesofdavidpleibowitzllc@jubileebk.net
Michael Leifman mleifman@vedderprice.com,
ecfdocket@vedderprice.com,michael-leifman-7374@ecf.pacerpro.com
Daniel Thomas Lindquist dlindquist@gcklegal.com
John A Lipinsky lipinsky@ccmlawyer.com,
Haskell@ccmlawyer.com;hoekstra@ccmlawyer.com
Jennifer B Lyday jlyday@waldrepwall.com, notice@waldrepwall.com
John J Lynch jlynch@lynch4law.com, r44065@notify.bestcase.com
Robert Lynch robert.lynch2@illinois.gov, robert.lynch@ilag.gov
Monica Merino monica.merino@comed.com

Matt Micheli matthew.micheli@arnoldporter.com,
matt-micheli-4587@ecf.pacerpro.com;kenneth-anderson-5190@ecf.pacerpro.com
Jeffrey M Monberg jeffrey.monberg@quarles.com, Thomas.Polk@quarles.com
David C. Moore dmoore@nowlan.com
Michael Myers myersm@ballardspahr.com, phxlsateam@ballardspahr.com
Brendan J. Nelligan bnelligan@pretzel-stouffer.com, mcarter@pretzel-stouffer.com
Phillip W. Nelson phillip.nelson@hklaw.com, HAPI@hklaw.com
Nancy J. Newman nnewman@hansonbridgett.com
Alan W Nicgorski anicgorski@hansenreynolds.com, pleadings@hansenreynolds.com
John R O'Connor joconnor@lplegal.com,
nbailey@lplegal.com;ikropiewnicka@lplegal.com;mlockhart@lplegal.com;kpatton@lplegal.co
m;druiz@lplegal.com
Jack Henry Oneal joneal@waldrepwall.com, notice@waldrepwall.com
Joseph Orbach jorbach@thompsoncoburn.com
Lester A Ottenheimer, III lottenheimer@olawgroup.com, nfishkin@olawgroup.com
Emily Pagorski emily.pagorski@skofirm.com,
sierra.wibel@skofirm.com;lea.goff@skofirm.com;paige.robinson@skofirm.com
Jeffrey K. Paulsen jpaulsen@ph-firm.com, jpaulsen_418@ecf.courtdrive.com
Emily L Peel epeel@thompsoncoburn.com,
srivera@thompsoncoburn.com,docketchi@thompsoncoburn.com
Richard C Perna rperna@kdlegal.com, pvillanueva@kdlegal.com
Randy J Pflum randy.pflum@quarles.com, kristie.knitter@quarles.com
Suhey Ramirez suhey.ramirez@usdoj.gov, Suhey.Ramirezesq@gmail.com
Jennifer D Raviele jraviele@kelleydrye.com, Docketing@KelleyDrye.com
David Ritter dritter@ritterspencercheng.com
Mark D. Roth markdroth@gmail.com
Carolina Y. Sales csales@robbinsdimonte.com,
mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com
Bradley A. Skafish brad@deutschmanlaw.com, baskafish@gmail.com
James A. Slowikowski jim@dicklerlaw.com, jimdksz@prodigy.net
Julia Jensen Smolka jsmolka@robbinsdimonte.com,
jtronina@robbinsdimonte.com;mrussell@robbinsdimonte.com
Charles S. Stahl cstahl@smbtrials.com
Justin R. Storer jstorer@wfactorlaw.com, bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com
Christopher R Thompson crthompson@burr.com,
kkearney@burr.com;mlucca-cruz@burr.com;mgunnells@burr.com;mgunnells@burr.com
Adam Toosley atoosley@thompsoncoburn.com,
nsanchez@thompsoncoburn.com;DocketCHI@thompsoncoburn.com
Esteban Valtierra evaltierra@robbinsdimonte.com, jtronina@robbinsdimonte.com
Tim W. Walters walters@ccmlawyer.com, hoekstra@ccmlawyer.com
David A. Warfield dwarfield@thompsoncoburn.com
Matthew Wargin mwargin@mayerbrown.com, courtnotification@mayerbrown.com
Matthew Michael Wawrzyn mwawrzyn@buchalter.com
Alex J Whitt awhitt@wfactorlaw.com, bsass@wfactorlaw.com;awhitt@ecf.courtdrive.com
Sean P. Williams swilliams@wfactorlaw.com,
bsass@wfactorlaw.com;dmesikapp@wfactorlaw.com;swilliams@ecf.courtdrive.com

Alexander Wright Alexander.Wright@dinsmore.com,
Maya.jones@dinsmore.com,samantha.diaz@dinsmore.com
Jin Yan jin.yan@afslaw.com, mfisher@schiffhardin.com
Nahal Zarnighian zarnighiann@ballardspahr.com
Bruce E de'Medici bdemedici@gmail.com

/s/
Steven P. Beckerman
Courtroom Deputy