# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

Date 10/29/2026

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Bankruptcy Case Number: 24 B 01529

Case Name: TRP Brands LLC

Notice of Appeal Filed: 09/29/2026

Appellant: Matthew Brash, Creditor Trustee of the Creditor Trust for TRP Brands, LLC

District Court Number: 26 cv 11975

District Court Judge: Elaine E. Bucklo

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consists of:

- ☑ Designation and Statement of Issues
- ☑ Transmittal Letter
- ☑ Copy of Docket Sheet
- ☐ Exhibits
- ☐ Transcript(s)

Additional Items Included

☑ Appellee's, Gensburg Calandriello & Kanter, P.C., Designation of Record;
Appellee's, Korpack Inc., Designation of Record.

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ ______________________

Previous D C Judge ______________ Case Number ______________

By Deputy Clerk Aaron Bowles

Rev 02/13/2023bb